# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CYNTHIA PAYTON

NO. 2025 KW 0749

**OCTOBER 6, 2025**

---

In Re:    Cynthia Payton, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 2023-CR-656.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON SHOWING MADE.** Relator failed to include the bill of information, any pertinent minute entries, a complete copy of the trial and sentencing transcript, as relator only included selected pages of the transcript provided, and any other portion of the district court record that might support the claims raised in the writ application.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT